466 A.2d 723

Commonwealth, Appellant v. Ondesko.

628

Submitted March 8, 1983. Thompson J. McCullough, Assistant District Attorney, for Commonwealth, appellant; John D. Flinchbaugh, Assistant Public Defender, for appellee.

Before CERCONE, P.J., WICKERSHAM and MONTEMURO, JJ.

The order of the lower court is affirmed.

WICKERSHAM, J., filed a memorandum dissenting opinion.